UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL DELANO MCKENZIE,<br><br>    Plaintiff,<br><br>v.<br><br>CARISSA MORENO, *et al.*,<br><br>    Defendants. | 1:23-cv-01071-EPG (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 45 DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO REVISE PLAINTIFF'S NAME ON THE DOCKET |

Plaintiff is a state prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS ORDERED that:

1. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $402.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

\\\
\\\
\\\
\\\

1

2. The Clerk of Court is directed to revise Plaintiff's name on the docket from "Mckenzie Jamal Delano" to "Jamal Delano McKenzie." (*See* ECF No. 1, p. 4; ECF No. 1-1, p. 1).

IT IS SO ORDERED.

Dated:   **July 19, 2023**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE