**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMAL DELANO MCKENZIE,<br><br>Plaintiff,<br><br>v.<br><br>CARISSA MORENO, et al.,<br><br>Defendants. | No. 1:23-cv-1071 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 6) |

Jamal Delano McKenzie is a state prisoner proceeding *pro se* in this civil rights case filed pursuant to 42 U.S.C. § 1983. The assigned magistrate judge screened the complaint and issued Findings and Recommendations, recommending that Plaintiff's case be dismissed without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 6.) The Court served the Findings and Recommendations on Plaintiff and notified him that any objections must be filed within 14 days and that the failure to file timely objections may waive his rights on appeal. (*Id.* at 2, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1

1. The Findings and Recommendations entered on September 15, 2023 (Doc. 6) are **ADOPTED IN FULL**.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __October 17, 2023__                                         /s/ Jennifer L. Thurston
                                                                                  UNITED STATES DISTRICT JUDGE

2